IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 19-248-D |
| | ) | |
| JEFFREY BURKE, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Before the Court is Defendant's *pro se* Motion for Early Termination of Supervised Release [Doc. No. 1261]. Defendant asks to be excused from serving the remainder of his three-year term of supervised release because he has complied with all conditions of supervision for 20 months and has reintegrated into society. The government has filed a Response [Doc. No. 1267] stating it does not oppose the Motion, and in fact, it and the Probation Office support Defendant's request to be discharged from further supervision.

Under these circumstances, the Court finds pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c) that no hearing is necessary and the relief sought by Defendant should be granted. Upon consideration of the appropriate factors set forth in 18 U.S.C. § 3553(a) based on the facts stated in the Motion and the government's Response, the Court is satisfied that the termination of Defendant's term of supervised release is warranted by his conduct and the interest of justice. *See Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012) ("Section 3583(e)(1) gives the sentencing court exclusive authority" to grant relief as a matter of sentencing discretion).

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release [Doc. No. 1261] is **GRANTED**. Defendant's remaining term of supervised release is hereby terminated, and Defendant is discharged from all terms and conditions of supervision.

**IT IS SO ORDERED** this 7th day of July, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge